**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

RAMZI EID AWWAD
ALRAWASHDEH,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 08-73619

Agency No. A098-263-702

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted July 17, 2012[**]

Before:    SCHROEDER, THOMAS, and SILVERMAN, Circuit Judges.

Ramzi Eid Awwad Alrawashdeh, a native and citizen of Jordan, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT"). We have

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252. We review for substantial evidence, *Rahimzadeh v. Holder*, 613 F.3d 916, 920 (9th Cir. 2010), and we deny the petition for review.

Alrawashdeh fails to challenge the agency's dispositive determination that his asylum application was time-barred. *See Martinez-Serrano v. INS*, 94 F.3d 1256, 1259-60 (9th Cir. 1996) (issues that are not addressed in the argument portion of a brief are deemed waived). He also does not challenge the denial of his CAT claim. *See id.* Accordingly, we deny the petition as to his asylum and CAT claims.

Alrawashdeh claims that because he and his girlfriend were involved in a romantic relationship before marriage, his girlfriend's father threatened and stalked him. Substantial evidence supports the agency's finding that Alrawashdeh failed to demonstrate he was or will be harmed by forces the government of Jordan is unwilling or unable to control. *See Castro-Perez v. Gonzales*, 409 F.3d 1069, 1072 (9th Cir. 2005). Accordingly, his withholding of removal claim fails.

**PETITION FOR REVIEW DENIED.**

08-73619